UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIRK WILLIAMS,

        Petitioner,

v.

JAMES KEY,

        Respondent.

Case No. C18-1012-RSL-JPD

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME

This is a federal habeas action brought under 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's motion for an extension of time to file a response to respondent's answer to petitioner's federal habeas petition. Respondent has filed a response indicating he does not oppose the requested extension. The Court, having considered petitioner's motion, and the balance of the record, hereby ORDERS as follows:

(1) Petitioner's unopposed motion for extension of time (Dkt. 19) is GRANTED. Petitioner is directed to file his response to respondent's answer not later than *April 8, 2019*.

(2) Respondent's answer (Dkt. 16) is RE-NOTED on the Court's calendar for consideration on *April 12, 2019*. Respondent shall file any reply brief in support of his answer by that date.

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 1

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Robert S. Lasnik.

DATED this 7th day of January, 2019.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 2