UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIRK L. WILLIAMS,

    Petitioner,

v.

JAMES KEY,

    Respondent.

Case No. C18-1012-RSL

ORDER DISMISSING FEDERAL HABEAS ACTION

The Court, having reviewed Petitioner's amended petition for writ of habeas corpus, Respondent's answer to the petition, Petitioner's traverse, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is adopted.

(2) Petitioner's amended petition for writ of habeas corpus (dkt. # 10) and this action are DISMISSED, with prejudice, as untimely under 28 U.S.C. § 2244(d).

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

DATED this 22nd day of August, 2019.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2